IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE LEWIS,

      Petitioner,                      No. 2:10-cv-0422-JFM (HC)

   vs.

PEOPLE, et al.,

      Respondents.                 <u>ORDER</u>

_____/

        Petitioner is state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed April 23, 2010, petitioner's original petition was dismissed with leave to file an amended petition naming the proper respondents in this action.  Petitioner was direct to file any amended petition on the court's form petition for writ of habeas corpus, a copy of which was served on petitioner with the April 23, 2010 order.

        On May 24, 2010, petitioner filed a handwritten document to which are appended several exhibits.  The document is not on the court's form petition for writ of habeas corpus, nor is it in the proper format for a petition for writ of habeas corpus, nor is it styled as an amended petition.  Good cause appearing, petitioner will be given one final opportunity to file an amended petition.  Petitioner is cautioned that any amended petition must be on the form provided with

1

this order and that failure to file an amended petition on that form will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted an extension of thirty days from the date of this order in which to file an amended petition for writ of habeas corpus;

2. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: June 28, 2010.

UNITED STATES MAGISTRATE JUDGE

12
lewi0422.amd