IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE LEWIS,

    Petitioner,                    No. 2:10-cv-0422-MCE-JFM (HC)

    vs.

MICHAEL MARTEL,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 21, 2010, respondent filed a motion to dismiss the amended petition on the ground that two of petitioner's four claims for relief have not been presented to the California Supreme Court and are therefore unexhausted.

        On September 22, 2010, the court issued a notice setting a briefing schedule for the motion, pursuant to which petitioner's opposition was due on or about October 13, 2010.  On October 8, 2010, petitioner filed a request for a "federal appeal form" and on October 14, 2010, petitioner filed a motion for an extension of time.  Petitioner is informed that no appealable orders have been issued in this action, and that no "appeal form" is required in order to file his response to respondent's motion to dismiss.  Accordingly, his request for an "appeal form" will be denied as unnecessary.  Petitioner's motion for extension of time will be construed as a

1

1  motion for an extension of time to file a response to respondent's motion to dismiss and, so
2  construed, will be granted.
3          In accordance with the above, IT IS HEREBY ORDERED that:
4          1. Petitioner's October 8, 2010 request for a "federal appeal form" is denied;
5          2.  Petitioner's October 14, 2010 motion for extension of time is granted; and
6          3.  Petitioner is granted thirty days from the date of this order in which to file and
7  serve a response to respondent's September 21, 2010 motion to dismiss.  Respondent's reply, if
8  any, shall be filed and served not later than ten days thereafter.
9  DATED: October 21, 2010.

                                                    UNITED STATES MAGISTRATE JUDGE

12
lewi0422.111